(No. 733—Claimant awarded $3,020.00.)

WOLFF MANUFACTURING CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1924.*

FRANCHISE TAX—*tax paid under duress will be refunded.* Where the tax assessed is in excess of the amount legally due the State, and is paid under duress and protest, claimant is entitled to a refund for the amount of the excess paid.

MORAN, PALTZER & O'DONNELL, for claimant.

EDWARD J. BRUNDAGE, Attorney General; GEORGE C. DIXON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim filed by the claimant corporation for moneys paid to the State under duress and protest as and for

its franchise tax for the year beginning July 1, 1922, in excess of the amount legally due to the State under the provisions of the General Corporation Act. The claimant alleges that the excess amount paid by them would amount to $3,020.00.

The Attorney General files his statement herein and admits the facts in this case as they are alleged in the declaration filed by the claimant in this court and consents to an award in favor of the claimant in the sum of $3,020.00.

It is therefore recommended by the court that said claimant be allowed the sum of $3,020.00.